# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY JR.

NO. 2026 KW 0639

**MAY 19, 2026**

---

In Re:   Willie-Mack Cauley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2550-F-2021, 3803-F-2022, 3804-M-2022.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

  **STAY DENIED. WRIT NOT CONSIDERED.** Relator failed to comply with the affidavit, form, and return date requirements of the Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

                    **MRT**
                    **KEB**
                    **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.